UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMINE P. AMELIO; ALFONSO AMELIO; AND PAUL AMELIO,<br><br>                              Plaintiffs,<br><br>         -against-<br><br>FISCHER & BURSTEIN, P.C.; HARRY H. BURSTEIN; AND ADRIANA RODRIGUEZ,<br><br>                              Defendants. | 20-CV-6277 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued March 1, 2021, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

   SO ORDERED.

Dated:   March 1, 2021
         New York, New York

                                          _____
                                                  Louis L. Stanton
                                                      U.S.D.J.